UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANJANETTE COMER and CHRISTOPHER D. EVANS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIKING CLIENT SERVICES, LLC,<br><br>Defendant. | Civil Action No. 21-cv-1528-MJD-ECW<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT** |

Anjanette Comer and Christopher D. Evans (together, "Plaintiffs") notify this Court that they have reached an agreement with Viking Client Services, LLC to resolve their individual claims in this matter. Plaintiffs accordingly request that this Court vacate all pending case deadlines to allow the parties 45 days within which to finalize the terms of their written settlement agreement, after which the parties will file a stipulation of dismissal.

- 1 -

Dated: December 10, 2021

/s/ *Thomas J. Lyons, Jr.*
Thomas J. Lyons, Jr., Esq.
Consumer Justice Center P.A.
367 Commerce Court
Vadnais Heights, MN  55127
Telephone: 651-770-9707
Facsimile: 651-704-0907
tommy@consumerjusticecenter.com

Jesse S. Johnson, Esq. (*pro hac vice*)
Greenwald Davidson Radbil PLLC
7601 N. Federal Hwy., Suite A-230
Boca Raton, Florida 33487
Telephone: (561) 826-5477
jjohnson@gdrlawfirm.com

*Counsel for Plaintiffs and the proposed class*