# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANJANETTE COMER and CHRISTOPHER D. EVANS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIKING CLIENT SERVICES, LLC,<br><br>Defendant. | Civil Action No. 21-cv-1528-MJD-ECW<br><br>**ORDER** |

The above-entitled matter came before the Honorable Judge Michael J. Davis on the parties' stipulation of dismissal. (Doc. No. 32)

**IT IS HEREBY ORDERED** that this is matter is **DISMISSED WITH PREJUDICE** as to Plaintiffs Anjanette Comer and Christopher D. Evans and **DISMISSED WITHOUT PREJUDICE** as to the putative class members. The parties will each bear their own attorneys' fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 4, 2022.          s/Michael J. Davis
                                   Michael J. Davis
                                   United States District Court