# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| **Anjanette Comer, Christopher D. Evans** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 21-cv-1528 MJD/ECW |
| **Viking Client Services, LLC** | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED WITH PREJUDICE** as to Plaintiffs Anjanette Comer and Christopher D. Evans and **DISMISSED WITHOUT PREJUDICE** as to the putative class members. The parties will each bear their own attorneys' fees and costs.

Date: 2/8/2022                                                                 KATE M. FOGARTY, CLERK